IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
* * * DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON ALLEN DERN,<br><br>Defendant. | CR 26–33–M–DLC<br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 25.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Jason Allen Dern is charged with one count of threat to murder and assault a federal law enforcement officer, in violation of 18 U.S.C. § 115(A)(1)(b), (b)(4) (Count I) and one count of cyberstalking, in violation of 18 U.S.C. §§ 2261A(2) and 2261(b) (Count II). (Doc. 1.) Judge DeSoto recommends

that this Court accept Dern's guilty plea as to Count II after Dern appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 25) is ADOPTED in full.

IT IS FURTHER ORDERED that Dern's motion to change plea (Doc. 19) is GRANTED.

IT IS FURTHER ORDERED that Dern is adjudged guilty as charged in Count II of the Indictment.

DATED this 17th day of September, 2026.

Dana L. Christensen, District Judge
United States District Court